# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| TREVIN NEAL ISLAND,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CALIFORNIA DEPARTMENT OF<br>CORRECTIONS AND REHAB, et al.,<br><br>　　　　　Defendants. | No. CV 09-4878-VAP (AGR)<br><br>**JUDGMENT** |

Pursuant to the Order Adopting Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that Defendants' motion to dismiss is granted based on failure to exhaust and this action is dismissed without prejudice.

DATED: March 24 2011

_____
VIRGINIA A. PHILLIPS
United States District Judge